UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>8 WOODSTOCK AVENUE,<br>BRIGHTON, MASSACHUSETTS,<br>Defendant. | )<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>)<br>) |

### RESTRAINING ORDER

Upon consideration of the *Ex Parte* Motion of the United States for Post-Complaint Restraining Order, and pursuant to 18 U.S.C. § 983(j)(1)(A), the Court finds and rules as follows:

1. On July 27, 2009, the United States filed a civil complaint alleging that the real property located at:

    8 Woodstock Avenue, Brighton, Massachusetts, including all buildings, appurtenances, and improvements thereon as described in more detail and recorded in the Suffolk County Registry of Deeds at Book 32515, Page 199,

(the "Defendant Property"), is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(7) because it was used to facilitate the commission of drug offenses in violation of 21 U.S.C. §§ 841, 846 and/or 856.

2. The United States has moved, *ex parte*, for a restraining order pursuant to 18 U.S.C. § 983(j)(1)(A) to preserve the *status quo* and to prevent the owner of the Defendant Property and all other persons with notice of this Order from removing, transferring, dissipating, alienating, encumbering, or otherwise disposing of the Defendant Property.

3. There is reasonable cause for entry of this Order. The Complaint has established probable cause that the Defendant Property is forfeitable to the United States.

It is hereby ORDERED that this Restraining Order issue with respect to the Defendant Property.

It is further ORDERED that the owner of the Defendant Property, his agents, servants, employees, attorneys, family members, all other persons in active concert or participation with him, and those persons, financial institutions, or other entities who have any possession, interest or control over the Defendant Property, shall not, without prior approval of this Court, upon notice to the United States and an opportunity for the United States to be heard:

    a)    alienate, dissipate, transfer, sell, assign, lease, pledge, encumber, or dispose of the Defendant Property, in any manner, directly or indirectly;

    b)    cause the Defendant Property to be alienated, dissipated, transferred, sold, assigned, leased, pledged, encumbered, or disposed of in any manner;

    c)    take, or cause to be taken, any action that could have the effect of concealing the Defendant Property, removing the Defendant Property from the jurisdiction of this Court, or damaging, depreciating, or diminishing the value of the Defendant Property; or

    d)    engage in any illegal activity at the Defendant Property or knowingly allow any illegal activity to occur at the Defendant Property during the pendency of this civil forfeiture action.

It is further ORDERED that if the Defendant Property has been transferred or disposed of by any means, Nils Remmers shall account to the Court for the disposition of the Defendant Property. Further, this Order applies with equal force and effect to restrain the transfer or dissipation of any proceeds from the Defendant Property.

It is further ORDERED that the owner of the Defendant Property is required to maintain the present condition of the Defendant Property, including timely payment of all mortgage payments, insurance, utilities, taxes, and assessments until further order of this Court.

It is further ORDERED that any financial institutions holding mortgages on the Defendant Property shall respond promptly to requests by the Government for information on said mortgages' current status.

The United States, or its agents, shall serve this Order upon Nils Remmers and shall provide due notice of the Order to the other persons and entities subject to the Order.

It is further ORDERED that such persons and entities, upon receipt of such notice, which may be provided by facsimile transmission, shall fully comply with the terms of this Order immediately upon such receipt.

This Order shall remain in effect until further order of the Court.


APPROVED AND SO ORDERED:

*/s/ Richard G. Stearns*
United States District Judge
Date: July 28, 2009