UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>         Plaintiff,                              )<br>                                                      )<br>    v.                                                )<br>                                                      )<br>8 WOODSTOCK AVENUE,              )<br>BRIGHTON, MASSACHUSETTS,   )<br>         Defendant.                          ) | Civil Action No. 09-11252-RGS |

## DECLARATION OF PUBLICATION

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on August 21, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct.

                                                                        Respectfully, submitted,

                                                                        MICHAEL K. LOUCKS
                                                                        Acting United States Attorney

                                                        By:    /s/ Veronica M. Lei
                                                                        VERONICA M. LEI
                                                                        Special Assistant U.S. Attorney
                                                                        1 Courthouse Way, Suite 9200
                                                                        Boston, MA 02210
                                                                        (617) 748-3100

Date:   September 30, 2009

Attachment 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
COURT CASE NUMBER: 09-11252-RGS; NOTICE OF FORFEITURE ACTION

Pursuant to 21 USC 881, the United States filed a verified Complaint for Forfeiture against the following property:

8 Woodstock Avenue, Brighton, MA (09-DEA-520156)

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (August 21, 2009) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days thereafter. Title 18, United States Code, Section 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 1 Courthouse Way, Suite 2300, Boston, MA  02210, and copies of each served upon Assistant United States Attorney Veronica Lei, 1 Courthouse Way, Suite 9200, Boston, MA  02210, or default and forfeiture will be ordered.  See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between August 21, 2009 and September 19, 2009. Below is a summary report that identifies the uptime for each day within the 30-day period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. 8 Woodstock Avenue, Brighton, MA

**Court Case No:** 09-11252-RGS
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 08/21/2009 | 23.5 | Verified |
| 2 | 08/22/2009 | 23.5 | Verified |
| 3 | 08/23/2009 | 23.6 | Verified |
| 4 | 08/24/2009 | 23.5 | Verified |
| 5 | 08/25/2009 | 23.6 | Verified |
| 6 | 08/26/2009 | 23.5 | Verified |
| 7 | 08/27/2009 | 23.5 | Verified |
| 8 | 08/28/2009 | 23.5 | Verified |
| 9 | 08/29/2009 | 22.4 | Verified |
| 10 | 08/30/2009 | 23.5 | Verified |
| 11 | 08/31/2009 | 23.5 | Verified |
| 12 | 09/01/2009 | 23.5 | Verified |
| 13 | 09/02/2009 | 23.5 | Verified |
| 14 | 09/03/2009 | 23.5 | Verified |
| 15 | 09/04/2009 | 23.5 | Verified |
| 16 | 09/05/2009 | 23.1 | Verified |
| 17 | 09/06/2009 | 23.5 | Verified |
| 18 | 09/07/2009 | 23.5 | Verified |
| 19 | 09/08/2009 | 23.4 | Verified |
| 20 | 09/09/2009 | 23.5 | Verified |
| 21 | 09/10/2009 | 23.5 | Verified |
| 22 | 09/11/2009 | 23.5 | Verified |
| 23 | 09/12/2009 | 21.3 | Verified |
| 24 | 09/13/2009 | 21.3 | Verified |
| 25 | 09/14/2009 | 22.4 | Verified |
| 26 | 09/15/2009 | 22.5 | Verified |
| 27 | 09/16/2009 | 23.5 | Verified |
| 28 | 09/17/2009 | 23.5 | Verified |
| 29 | 09/18/2009 | 23.5 | Verified |
| 30 | 09/19/2009 | 22.8 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.