UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>    Plaintiff,     )<br>       )<br>  v.     )<br>       )<br>8 WOODSTOCK AVENUE,     )<br>BRIGHTON, MASSACHUSETTS,     )<br>    Defendant.     ) | Civil Action No. 09-11252-RGS |

**AFFIDAVIT IN SUPPORT OF MOTION**
**FOR ENTRY OF DEFAULT**

I, Veronica M. Lei, state under oath as follows:

1.   I am a Special Assistant United States Attorney. I represent the plaintiff, the United States of America, in this case. This is an action *in rem* for forfeiture of the defendant property, described as:

> 8 Woodstock Avenue, Brighton, Massachusetts, including all
> buildings, appurtenances, and improvements thereon as described
> in more detail and recorded in the Suffolk County Registry of Deeds
> at Book 32515, Page 199

(the "Defendant Property"). Accordingly, this action is governed by the procedures set forth in the Federal Rules of Civil Procedure and in Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

2.   As described in the Affidavit of United States Drug Enforcement Administration Special Agent Gregg A. Willoughby, Exhibit A to the Verified Complaint for Forfeiture *in Rem* (the "Complaint") in this case, the Defendant Property is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(4) and § 881(b) because it was used or intended to be used to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances, in violation of the Controlled Substances Act.

3. The Complaint was filed on July 27, 2009. *See* Docket #1.

4. This Court issued a Warrant and Monition on July 28, 2009, directing the United States Marshals Service to give notice to all persons concerned that the Complaint had been filed, and to arrest and retain the Defendant Property in its custody. *See* Docket #8.

5. Nils Remmers, the record owner of the Defendant Property, was served with a certified copy of the Complaint and the Warrant and Monition, by certified mail on September 29, 2009 at 8 Woodstock Avenue, Brighton, MA 02135.

6. Publication of the Complaint and Warrant and Monition was made via the government website www.forfeiture.gov for thirty consecutive calendar days beginning on August 21, 2009 and completing on September 19, 2009. The Declaration of Publication was filed on September 30, 2009. *See* Docket #10.

7. Under Rules G(5)(a)(ii)(A)-(B) and G(5)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, any person asserting an interest in the Defendant Property was required to file a claim within thirty-five (35) days after direct notice was sent, or sixty (60) days after the first day of publication of notice on www.forfeiture.gov, and then was required to file an answer within twenty (20) days after filing their claim.

8. To date, no claims to the Defendant Property or answers to the Complaint have been filed, and the time for filing such claims and answers has expired.

9. To the best of my knowledge, and upon information and belief, neither Nils Remmers, nor anyone else with an interest in the Defendant Property, is in the military service of

the United States, is an infant, or is incompetent.[1]

      Signed under the pains and penalties of perjury this 5th day of November, 2009.

                                      /s/Veronica M. Lei
                                      Veronica M. Lei
                                      Special Assistant U.S. Attorney

---

[1] To determine Nils Remmers' military status, the United States searched the Department of Defense Manpower Data Center using Nils Remmers' name and Social Security Numbers, with negative results.